MARY KATE SULLIVAN (State Bar No. 180203)
LASZLO LADI (State Bar No. 265564)
ll@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Defendant
GREEN TREE SERVICING, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA — SACRAMENTO DIVISION

| | |
|---|---|
| WILMA J. DAWANG,<br><br>           Plaintiff,<br><br>     vs.<br><br>GREEN TREE SERVICING, LLC; and DOES 1-10, inclusive,<br><br>           Defendants. | Case No. 2:13-CV-00689-JAM-EFB<br><br>**ORDER GRANTING JOINT STIPULATION TO STAY LITIGATION** |

The Court, having duly considered the Joint Stipulation and Request to Stay Litigation of defendant Green Tree Servicing, LLC ("Green Tree") and plaintiff Wilma J. Dawang ("Plaintiff") (collectively referred to as the "Parties"), and good cause appearing, hereby orders as follows:

1. Litigation in this case shall be stayed until September 16, 2013, so that the Parties can attempt to resolve this case informally;

2. If by September 16, 2013, the Parties are close to reaching a resolution of this matter, they will attempt to agree to further stay this case;

3. If by September 16, 2013, the Parties have not reached an agreement that will lead to resolution of this case, and are not close enough to such resolution that a further stay of the case would be productive, Green Tree will file a response to Plaintiff's First Amended Complaint no later than September 30, 2013.

11293.0231/2781710.1                         1
[PROPOSED] ORDER GRANTING JOINT STIPULATION TO STAY LITIGATION

4. Any of the Parties may request a termination of the stay upon written notice of such termination if the loan modification review is no longer productive. Specifically, a termination may be requested if Plaintiff has been denied for a loan modification and has exhausted all appeal rights or if Plaintiff has not submitted a complete loan modification application within the reasonable timeframes specified by Green Tree. Green Tree will file a response to Plaintiff's First Amended Complaint no later than fourteen-days following their receipt of such written notification.

IT IS SO ORDERED.

DATED:  JULY 16, 2013

/s/ John A. Mendez
U. S. DISTRICT COURT JUDGE